IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL E. LOCKHOFF,<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| ISAIAH SLONAKER, IV and STEPHEN M. KAMNIK,<br>    Defendants. | NO. 16-2893 |

# O R D E R

**AND NOW**, this 5th day of June, 2017, upon consideration of the Defendants' Motion for Summary Judgment (ECF 15), the Plaintiff's Response (ECF 16), and the Reply thereto (ECF 17), **IT IS ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Defendants' Motion is **GRANTED** with respect to Count II (False Arrest and False Imprisonment), Count IV (Civil Conspiracy), and Count V (Intentional Infliction of Emotional Distress);

(2) To extent the Complaint alleges an unreasonable search in violation of the Fourth Amendment, the Defendants' Motion is **GRANTED**;

(3) Defendants' Motion is **GRANTED** with respect to Count I (Unreasonable and Excessive Force), and Count VI (Assault and Battery), to the extent that Counts I and VI arise from the on-camera use of force;

(4) Defendants' Motion is **GRANTED** as to Defendant Slonaker with respect to Count VII (Section 1983 Malicious Prosecution), and Count VIII (State Law – Malicious Prosecution)

(5) Defendants' Motion is **GRANTED** as to Defendant Kamnick with respect to Count VII (Section 1983 Malicious Prosecution), and Count VIII (State Law – Malicious Prosecution), to the extent that Counts VII and VIII arise from the marijuana, paraphernalia, disorderly conduct by obscene language, and motor vehicle offense charges;

(6) **JUDGMENT IS ENTERED IN FAVOR** of Defendants Slonaker and Kamnick, and **AGAINST** Plaintiff on Counts II, IV, V, on his unreasonable search claim, and on Counts I and VI to the extent that they arise from the on-camera use of force;

(7) **JUDGMENT IS ENTERED IN FAVOR** of Defendant Slonaker, and **AGAINST** Plaintiff and on Counts VII and VIII;

(8) **JUDGMENT IS ENTERED IN FAVOR** of Defendant Kamnick, and **AGAINST** Plaintiff and on Counts VII and VIII to the extent that they arise from the marijuana, paraphernalia, disorderly conduct by obscene language, and motor vehicle offense charges;

(9) Defendants' Motion is **DENIED** with respect to Count I (Unreasonable and Excessive Force), and Count VI (Assault and Battery), to the extent that Counts I and VI arise from the off-camera use of force;

(10) Defendants' Motion is **DENIED** as to Defendant Kamnick with respect to Count VII (Section 1983 Malicious Prosecution), and Count VIII (State Law – Malicious Prosecution), to the extent that Counts VII and VIII arise from the charges of resisting arrest in violation of 18 Pa. Cons. Stat § 5104, and disorderly conduct by fighting in violation of 18 Pa. Cons. Stat. § 5503(a)(1).

**BY THE COURT:**

/s/ Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**