IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL E. LOCKHOFF,<br>    Plaintiff,<br><br>           v.<br><br>ISAIAH SLONAKER, IV and STEPHEN M. KAMNIK,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO.  16-2893 |

### O R D E R

AND NOW, this 13th day of July, 2017, for the reasons stated on the record on July 12, 2017, **IT IS ORDERED** that Defendants' renewed Rule 50(b) Motion for Judgment as a Matter of Law is **GRANTED**. **JUDGMENT IS ENTERED IN FAVOR** of Defendants Isaiah Slonaker, IV, and Stephen M. Kamnik and **AGAINST** Plaintiff Michael E. Lockhoff on all remaining claims. **IT IS FURTHER ORDERED** that the Clerk shall mark this case as closed for statistical purposes.

                                                          BY THE COURT:

                                                          /s/Wendy Beetlestone, J.
                                                          _____
                                                          **WENDY BEETLESTONE, J.**